PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| RONALD LEE BURLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:16-cv-00485-EFB<br><br>STIPULATION FOR AN EXTENSION OF TIME OF 50 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of an additional 50 days to respond to Plaintiff's motion for summary judgment. This is the first continuance sought by Defendant. The current due date is December 28, 2016. The new due date will be February 16, 2017.

    There is good cause for this request. Defendant is seeking this extension due to medical emergencies, workload issues, and the holidays. At around the time of the filing of Plaintiff's Motion for Summary Judgment, Defendant's counsel was recovering from a medical emergency that occurred Monday, October 24, 2016, that necessitated her being on leave for about a week.
/////

1

1     Upon her return to the office, Defendant's counsel had to address her workload deadlines that were postponed due to her leave, as well as a motion for summary judgment for an Equal Employment Opportunity Commission case that required more time to complete due to a voluminous record since the case involved multiple matters consolidated into one case over a span of a few years.  In addition, recently, on December 9, 2016, Defendant's counsel was rear-ended in a car accident caused by another driver who did not properly stop at a traffic light, and has been on leave to recover from the accident.  In addition, Defendant's counsel was granted approval for leave for the holiday season.

    Because of the factors described above, Defendant is requesting additional time up to and including February 16, 2017, to fully review the record and research the issues presented by Plaintiff's motion for summary judgment, as Defendant's counsel recovers and addresses her workload upon her return.  This request is made in good faith with no intention to unduly delay the proceedings.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                         Respectfully submitted,

Date: December 22, 2016        ZISKIN LAW OFFICE

                                       *s/ Linda Susan Ziskin by C.Chen\**
                                       (As authorized by e-mail on 12/21/2016)
                                       LINDA SUSAN ZISKIN
                                       Attorneys for Plaintiff

Date: December 22, 2016        PHILLIP A. TALBERT
                                       United States Attorney

                                       By *s/ Carolyn B. Chen*
                                       CAROLYN B. CHEN
                                       Special Assistant U. S. Attorney

                                       Attorneys for Defendant

/////

/////

1
2  APPROVED AND SO ORDERED.
3  DATED:  December 28, 2016
4

<u>ORDER</u>

_____
HON. EDMUND F. BRENNAN
UNITED STATE MAGISTRATE JUDGE